

| | | |
|---|---|---|
| NEW YORK | **Duane Morris®** | HANOI |
| LONDON | | HO CHI MINH CITY |
| SINGAPORE | | SHANGHAI |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | ATLANTA |
| CHICAGO | | BALTIMORE |
| WASHINGTON, DC | | WILMINGTON |
| SAN FRANCISCO | | MIAMI |
| SILICON VALLEY | WALTER A. SAURACK | BOCA RATON |
| SAN DIEGO | DIRECT DIAL: +1 212 404 8703 | PITTSBURGH |
| LOS ANGELES | PERSONAL FAX: +1 212 818 9606 | NORTH JERSEY |
| BOSTON | E-MAIL: WASaurack@duanemorris.com | LAS VEGAS |
| HOUSTON | | CHERRY HILL |
| DALLAS | www.duanemorris.com | LAKE TAHOE |
| FORT WORTH | | MYANMAR |
| AUSTIN | | |
| | | ALLIANCES IN MEXICO |

July 19, 2024

**VIA ECF**:

Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

      Re:    Oppenheimer Co. Inc. v. Hub Cyber Security (Israel) Ltd. a/k/a Hub Cyber
              Security Ltd Case No. 23-cv-04909 – Order of Dismissal

Dear Judge Cronan:

      This firm represents Plaintiff Oppenheimer & Co. Inc. ("Oppenheimer"). On June 11, 2024 the undersigned and counsel for Defendant Hub Cyber Security (Israel) Ltd. ("HUB") filed a joint letter, pursuant to Section I.E. of the Individual Rules and Practices of the Honorable James L. Cott, informing this Court that the parties to this action had reached a settlement in principle and requesting a stay of all case deadlines that were in place at that time. [ECF No. 50]. The Court issued an order of dismissal (the "Order") on June 12, 2024 without prejudice to the parties' right to restore this action to the calendar, within forty-five (45) days of the Order, in the event a settlement was not completed and executed between the parties. [ECF No. 51].

      Unfortunately, the parties have been unable to finalize a mutually acceptable settlement agreement. Accordingly, we respectfully request restoration of this case to the Court's calendar and a conference to discuss a revised Case Management Plan and Scheduling Order.

                                          Respectfully Submitted,

                                          Walter A. Saurack

WAS

DUANE MORRIS LLP
230 PARK AVENUE, SUITE 1130   NEW YORK, NY 10169-0079    PHONE: +1 212 818 9200   FAX: +1 212 818 9606