UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                   :
OPPENHEIMER & CO. INC.,                        :

                Plaintiff,                   :

                  -v-                                                       :          23 Civ. 4909 (JPC)

HUB CYBER SECURITY (ISRAEL) LTD. a/k/a/ HUB   :         ORDER WITHDRAWING
CYBER SECURITY LTD.                                  :            REFERENCE TO
                 Defendant.                      :         MAGISTRATE JUDGE

-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        On January 29, 2024, the Court referred this case to Magistrate Judge James L. Cott for general pretrial supervision. Dkt. 36. It is hereby ordered that the reference is withdrawn.

        SO ORDERED.

Dated: August 5, 2024
           New York, New York                              _____
                                                                           JOHN P. CRONAN
                                                                          United States District Judge